J-A23012-22 & J-A23013-22

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.J.A., A MINOR | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: LEGAL COUNSEL FOR MINOR CHILD | : : | No. 740 MDA 2022 |

Appeal from the Decree Entered April 20, 2022
In the Court of Common Pleas of York County Orphans' Court at No(s): 2022-0009a

| | | |
|---|---|---|
| IN THE INTEREST OF: R.M.A., A MINOR | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: LEGAL COUNSEL OF THE MINOR CHILD | : | No. 741 MDA 2022 |

Appeal from the Decree Entered April 20, 2022
In the Court of Common Pleas of York County Orphans' Court at No(s): 2022-0010a

BEFORE:   BOWES, J., McCAFFERY, J., and STEVENS, P.J.E.[*]

DISSENTING STATEMENT BY McCAFFERY, J.:

**FILED DECEMBER 14, 2023**

I incorporate my dissenting memoranda, filed at Mother's and Father's appeals from the underlying termination orders.  As I would reverse those orders, on the ground the orphans' court failed to properly address all the

_____

[*] Former Justice specially assigned to the Superior Court.

relevant evidence presented, I would dismiss the instant two appeals as moot.

Accordingly, I respectfully dissent.